**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 321 WAL 2014
                                :
                 Respondent : 
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
        v.                      :
                                :
                                :
                                :
MATTHEW BENDEL,                  :
                                :
                 Petitioner : 


## ORDER


**PER CURIAM**

     **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.